AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kim , Michele J. | 2. Court or Organization<br><br>U.S. Bankruptcy Court - Southern District of Georgia | 3. Date of Report<br><br>05/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge - full time | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

801 Gloucester Street
3rd Floor
Brunswick, Georgia 31520

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kim , Michele J. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | self employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Southeastern Bankruptcy Law Institute | March 22 - 24, 2018 | Atlanta, Georgia | Bankruptcy CLE | seminar fees, food |
| 2. | Coastal Bankruptcy Law Institute | April 19 - 20, 2018 | Savannah, Georgia | Bankruptcy CLE | seminar fees, hotel, food |
| 3. | National Conference of Bankruptcy Judges | October 26-31, 2018 | San Antonio, Texas | Bankruptcy CLE | transportation, seminar fees, hotel, food |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank, NA | Mortgage on Rental Property #1 - Brunswick, GA (Part VII, Line 2) | L |
| 2. | South Carolina Community Bank | Mortgage on Rental Property #2 - Brunswick, GA (Part VII, Line 3) | M |
| 3. | Lowe's/Synchrony Bank | Credit card | K |
| 4. | Discover | Credit card | K |
| 5. | Discover | Credit card | J |
| 6. | Citibank | Credit card | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Kim , Michele J. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Cash Account | A | Interest | K | T | | | | | |
| 2. Rental Property #1- Brunswick, Georgia | D | Rent | M | W | | | | | |
| 3. Rental Property #2 - Brunswick, Georgia | E | Rent | N | W | | | | | |
| 4. New York Life Insurance Whole Life Policy | A | Interest | J | T | | | | | |
| 5. State Farm Universal Life Insurance Policy | B | Interest | L | T | | | | | |
| 6. State Farm Mutual Fund | A | Int./Div. | | | Closed | 11/30/18 | L | | |
| 7. RBC IRA - Blackrock Life Path Index 2030 | A | Int./Div. | L | T | Open | 11/30/18 | L | | |
| 8. Brokerage Account #1 (H) | | | | | | | | | |
| 9. - AMGEN Inc. Common Stock | A | Dividend | J | T | Sold (part) | 06/06/18 | J | B | |
| 10. - AT&T Inc. Common Stock | A | Dividend | J | T | | | | | |
| 11. - Chemours Co Com Common Stock | A | Dividend | J | T | | | | | |
| 12. - CISCO Sys. Inc. Common Stock | A | Dividend | J | T | | | | | |
| 13. - Coca Cola Co. Common Stock | A | Dividend | J | T | Sold (part) | 06/06/18 | J | B | |
| 14. | | | | | Sold (part) | 07/24/18 | J | B | |
| 15. - Comcast Corp. (New) Class A Common Stock | A | Dividend | J | T | | | | | |
| 16. - DowDupont Inc. Common Stock | A | Dividend | J | T | Sold (part) | 07/24/18 | J | B | |
| 17. - Exxon Mobil Corp. Common Stock | B | Dividend | K | T | Sold (part) | 06/06/18 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kim , Michele J. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 07/24/18 | J | C | |
| 19. | | | | | Sold (part) | 08/21/18 | J | B | |
| 20.  - Motorola Soultions Inc. Common Stock | A | Dividend | J | T | | | | | |
| 21.  - Procter & Gamble Common Stock | A | Dividend | J | T | | | | | |
| 22.  - Roche Holdings ADR Common Stock | A | Dividend | J | T | Sold (part) | 06/06/18 | J | B | |
| 23. | | | | | Sold (part) | 07/24/18 | J | B | |
| 24.  - The Mosaic Co. (Hldg Co) New Common Stock | A | Dividend | J | T | | | | | |
| 25.  - Twenty-First Century Fox CL A (X) | A | Dividend | J | T | | | | | |
| 26.  - United Technologies Corp. Common Stock | A | Dividend | J | T | Sold (part) | 06/06/18 | J | C | |
| 27. | | | | | Sold (part) | 08/21/18 | J | C | |
| 28.  - Valero Energy CP Dela New Common Stock | A | Dividend | J | T | | | | | |
| 29.  - Templeton Emerging Mkts Fund | | None | | | Sold | 08/21/18 | J | A | |
| 30.  - Clearbridge Large Cap Gwth C Mutual Fund | | None | | | Sold | 08/21/18 | J | A | |
| 31.  - Morgan Stanley Cash Account | A | Interest | J | T | | | | | |
| 32. Brokerage Account #2 (H) | | | | | | | | | |
| 33.  - General Electric Common Stock | A | Dividend | J | T | | | | | |
| 34.  - Walt Disney Co Hldg Co Common Stock | A | Dividend | K | T | Sold (part) | 06/06/18 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kim , Michele J. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 07/24/18 | J | D | |
| 36. | | | | | Sold (part) | 08/21/18 | J | C | |
| 37. - Morgan Stanley Cash Account (X) | A | Interest | J | T | | | | | |
| 38. Brokerage Account #3 (H) | | | | | | | | | |
| 39. - BP Common Stock | A | Dividend | | | Sold | 09/27/18 | J | C | |
| 40. - Berkshire Hathaway Inc. Common Stock | | None | | | Sold | 12/28/18 | J | D | |
| 41. - Fifth Third Bancorp Common Stock | A | Dividend | | | Sold | 12/28/18 | J | D | |
| 42. - General Electric Common Stock | A | Dividend | | | Sold | 09/27/18 | J | A | |
| 43. - Goldman Sachs Group, Inc. Common Stock | A | Dividend | | | Sold | 11/15/18 | K | C | |
| 44. IRA #1 (H) | | | | | | | | | |
| 45. - TA Asset Alloc-GRW PTF A Mutual Fund | B | Int./Div. | K | T | | | | | |
| 46. IRA #2 (H) | | | | | | | | | |
| 47. - Caterpillar Inc. Common Stock | A | Int./Div. | J | T | | | | | |
| 48. - Matthews China Investor Common Stock | B | Int./Div. | J | T | | | | | |
| 49. - Ameritrade Deposit Account | A | Interest | K | T | | | | | |
| 50. IRA #3 (H) | | | | | | | | | |
| 51. - Oakmark Equity & Income FD Inv | C | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kim , Michele J. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Principal Midcap Inst. CL | C | Int./Div. | K | T | | | | | |
| 53. IRA #4 (H) | | | | | | | | | |
| 54. - Oakmark Equity & Income FD Inv. | C | Int./Div. | K | T | | | | | |
| 55. - Principal Midcap Inst. CL | C | Int./Div. | K | T | | | | | |
| 56. Freeman Mathis & Gary, LLP Retirement Savings Plan - 401k (H) | | | | | | | | | |
| 57. - DFA Emerging Markets Value Portfolio Fund | | None | K | T | | | | | |
| 58. - DFA Global Real Estate Securities Fund | | None | K | T | | | | | |
| 59. The Babcock Law Firm PC | | None | L | W | | | | | |
| 60. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kim , Michele J. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Lines 6 & 7:  The funds formerly held in the State Farm Mutual Account were rolled into an RBC IRA due to an internal reorganization within State Farm.

Part VII - Line 49:  Funds unknown to preparer and reporting person when initial disclosure was filed.  Interest income earned from this account as of December 31, 2017, totaled an amount (A) less than $1,000.  Balance in this deposit account as of December 31, 2017, totaled an amount (K) more than $15,001 and less than $50,000. Filing of amendment to initial disclosure shall occur as soon as possible.

| Name of Person Reporting | Date of Report |
|---|---|
| Kim , Michele J. | 05/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Michele J. Kim**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544